IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ROBERT LEE HINSON, JR.,**
    Petitioner,

vs.                            CASE NO.: 3:04cv206/MCR/MD

**JAMES R. MCDONOUGH,**
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated August 29, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The 28 U.S.C. § 2254 petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in *State of Florida v. Robert Lee Hinson*, in the Circuit Court of Escambia County, Florida, case number 2002 CF 005925 is DENIED, this cause is DISMISSED, and the clerk is directed to close the file.

    DONE AND ORDERED this 2nd day of October, 2006.

                                          *s/ M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**